

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00080-CV

**IN THE INTEREST OF G.M, A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00686
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice, *dissenting*
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice, *dissenting*
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Beth Watkins, Justice, *dissenting*
              Liza A. Rodriguez, Justice

Appellant's motion for en banc reconsideration is pending before the court. The court hereby requests a response to the motion from the appellee. *See* TEX. R. APP. P. 49.2. Any response must be filed in this court no later than two weeks from the date of this order.

It is so **ORDERED** on this 21st day of August, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court